ACCEPTED
15-24-00113-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/24/2025 9:58 PM
CHRISTOPHER A. PRINE
CLERK

**Cause No. 15-24-00113-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/24/2025 9:58:38 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals for the Fifteenth District of Texas

Glen Hegar, Comptroller of Public Accounts of The State of Texas and Ken Paxton, Attorney General of The State of Texas,

*Appellants,*

v.

American Airlines, Inc.,

*Appellee.*

## Unopposed Motion for Withdrawal of Attorney

1. Appellee American Airlines, Inc. ("American") files this motion to withdraw, requesting that the Court allow one of American's attorneys, Meghan McCaig, to withdraw as counsel of record for American in this case.

2. Ms. McCaig is leaving Holland & Knight LLP. Mary A. McNulty, Leonora Meyercord, and Richard B. Phillips, Jr. of Holland & Knight LLP will continue to be counsel of record on behalf of American.

3. Accordingly, American respectfully requests that the Court enter an order allowing Ms. McCaig to withdraw as counsel of record for American in this case.

1

Respectfully submitted,

Holland & Knight LLP

By: __/s/ Richard B. Phillips, Jr.__
       Mary A. McNulty
       State Bar No. 13839680
       Mary.McNulty@hklaw.com

       Leonora Meyercord
       State Bar No. 24074711
       Lee.Meyercord@hklaw.com

       Richard B. Phillips, Jr.
       State Bar No. 24032833
       Rich.Phillips@hklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-964-9500
Fax: 214-964-9501

Counsel for Appellee
American Airlines, Inc.

## CERTIFICATE OF CONFERENCE

I certify that counsel for Appellee conferred by email with counsel for Appellants regarding this motion. Counsel for Appellants indicated that Appellants are not opposed to the withdrawal of Ms. McCaig as counsel for Appellee.

*/s/ Richard B. Phillips, Jr.*
Richard B. Phillips, Jr.


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record in this case by efiletexas.gov on February 24, 2025.

*/s/ Richard B. Phillips, Jr.*
Richard B. Phillips, Jr.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Phillips on behalf of Richard Phillips Jr.
Bar No. 24032833
Rich.Phillips@hklaw.com
Envelope ID: 97744597
Filing Code Description: Motion
Filing Description: Unopposed Motion for Withdrawal of Meghan McCaig as Counsel for Appellee
Status as of 2/25/2025 7:09 AM CST

Associated Case Party: GLENN HEGAR COMPTROLLER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 2/24/2025 9:58:38 PM | SENT |
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 2/24/2025 9:58:38 PM | SENT |
| Deborah Rao | | Deborah.Rao@oag.texas.gov | 2/24/2025 9:58:38 PM | SENT |
| Alyson "Ally" Thompson | | ally.thompson@oag.texas.gov | 2/24/2025 9:58:38 PM | SENT |

Associated Case Party: AMERICAN AIRLINES, INC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 2/24/2025 9:58:38 PM | SENT |
| Leonora Meyercord | 24074711 | Lee.Meyercord@hklaw.com | 2/24/2025 9:58:38 PM | SENT |
| Mary McNulty | 13839680 | Mary.McNulty@hklaw.com | 2/24/2025 9:58:38 PM | SENT |
| Meghan McCaig | | meghan.mccaig@hklaw.com | 2/24/2025 9:58:38 PM | SENT |